ALLEN V BLOOMFIELD HILLS SCHOOL DISTRICT, No. 137607. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether post-traumatic stress disorder may qualify as a "bodily injury" that permits a plaintiff to avoid the application of governmental immunity from tort liability under the motor vehicle exception, MCL 691.1405. The parties may file supplemental briefs within 56 days of the date of this order, but they should not submit mere restatements of their application papers.

The Michigan Association for Justice, Michigan Defense Trial Counsel, Inc., and the Insurance Institute of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae. Reported below: 281 Mich App 49.

MYERS V MUFFLER MAN SUPPLY COMPANY, No. 137608. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether defendant Muffler Man Supply Company's alleged negligent act of removing the machine guard was a proximate cause of the injury to plaintiff Ronnie L. Myers. The parties may file supplemental briefs within 56 days of the date of this order, but they should not submit mere restatements of their application papers. Court of Appeals No. 277542.